UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS JOSE GUZMAN-PINEDA, <br><br> Defendant. | Cr. No. 3:25-cr-209 <br><br> **DEFENDANT'S MOTION FOR DETENTION HEARING** |

Defendant Carlos Jose Guzman-Pineda, by his attorney, Assistant Federal Public Defender Charles J. Sheeley, moves the Court for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2), based upon the following:

1. Defendant was initially charged by way of Complaint with Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of 18 U.S.C. § 111(a)(1).[1]

2. Defendant made his initial appearance on August 28, 2025, before Magistrate Judge Alice Senechal.[2]

3. An Order of Detention was filed on September 2, 2025, setting a detention hearing for September 3, 2025.[3]

4. On September 3, 2025, a detention hearing was held. At that hearing, Defendant requested an indefinite continuance of the detention hearing so

---

[1] Doc. 1.
[2] *See* Doc 7.
[3] Doc. 11.

that he could make further plans for release.[4] An Order of Detention was filed.[5]

5. On September 11, 2025, a detention and preliminary hearing were held. The government requested detention. Mr. Guzman-Pineda requested release to stay with his family in Texas. The Court granted the motion for detention.[6] An Order of Detention was filed.[7]

6. A Response to Detention/Release Report was filed on September 15, 2025, by U.S. Probation recommending that Mr. Guzman-Pineda be released on conditions to live with his family in Texas.[8]

7. An Indictment was filed on September 18, 2025, charging Mr. Guzman-Pineda with two counts of Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of U.S.C. § 111(a)(1).[9]

8. An Arraignment is currently scheduled for September 25, 2025, at 2:00 p.m.[10]

9. Counsel has communicated with U.S. Probation Officer, Kelsey Riddle, and she does not object to this motion. Although the United States will continue to seek detention, Assistant United States Attorney Richard Lee

---

[4] *See* Doc. 15.
[5] Doc. 16.
[6] *See* Doc. 22.
[7] Doc. 23.
[8] Doc. 24.
[9] Doc. 25.
[10] Doc. 27.

does not object to a detention hearing being set based on the updated bond report.

WHEREFORE, Defendant Carlos Jose Guzman-Pineda, requests that the Court schedule a detention hearing in this matter at the earliest available date.

Dated this 23rd day of September, 2025.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
>_/s/   Charles J. Sheeley_
>Charles J. Sheeley
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org